# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **CHARLIE HARVEY,** *Defendant.* | **CRIMINAL ACTION NO. 5:22-cr-00039-TES-CHW-1** |

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE IN THE INTEREST OF JUSTICE

Before the Court is an Unopposed Motion for Continuance [Doc. 21] filed by Defendant Charlie Harvey. On July 12, 2022, the Government obtained an indictment charging Defendant Harvey with (1) Conspiracy to Possess with Intent to Distribute Controlled Substances in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii); each in violation of 21 U.S.C. § 846, and (2) Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) and 18 U.S.C. § 2. [Doc. 1, pp. 1–2]. He pled "Not Guilty" on August 30, 2022. [Doc. 19].

Defendant Harvey seeks a continuance to allow time for the "parties to fully exchange" and "fully review discovery," "resolve outstanding issues in this case," "develop and implement legal strategies," and "negotiate and pursue a potential resolution of this case." [Doc. 21, p. 3]. So as to avoid a miscarriage of justice, the Court **GRANTS** the Defendant Harvey's Unopposed Motion for Continue [Doc. 21], and this

case as to Defendant Harvey and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—December 11, 2022. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

"Failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." [Doc. 21, p. 3 (citing 18 U.S.C. § 3161(h)(7)(B)(iv))]. The ends of justice served by this continuance outweigh the best interests of the public and Defendant Harvey in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 12th day of September, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**