IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLIE HARVEY,<br><br>　　*Defendant.* | CRIMINAL ACTION NO.<br>5:22-cr-00039-TES-CHW-1 |

ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE
IN THE INTEREST OF JUSTICE

　　Before the Court is an Unopposed Motion for Continuance [Doc. 24] filed by the Government. On July 12, 2022, the Government obtained an indictment charging Defendant Harvey with (1) Conspiracy to Possess with Intent to Distribute Controlled Substances in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii); each in violation of 21 U.S.C. § 846, and (2) Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) and 18 U.S.C. § 2. [Doc. 1, pp. 1–2]. He pled "Not Guilty" on August 30, 2022. [Doc. 19].

　　The Government seeks this second continuance so that Defendant Harvey has "the opportunity to review discovery, to prepare an effective defense, and to fully prepare for trial with his appointed counsel." [Doc. 24, p. 2]. So as to avoid a miscarriage of justice, the Court **GRANTS** the Government's Unopposed Motion for Continue [Doc. 24]. This case and its pretrial conference are **CONTINUED** to the

Court's next regularly scheduled Trial Term—February 13, 2023. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

"Failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." [Doc. 21, p. 3 (citing 18 U.S.C. § 3161(h)(7)(B)(iv))]. The ends of justice served by this continuance outweigh the best interests of the public and Defendant Harvey in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 8th day of November, 2022.

                                          S/ Tilman E. Self, III
                                          **TILMAN E. SELF, III, JUDGE**
                                          **UNITED STATES DISTRICT COURT**